IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TAMARA LYNN RAMEY,

        Plaintiff,

vs.                                                                Civ. No. 19-1098  JAP/JFR

ANDREW SAUL, Commissioner
of the Social Security Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed February 11, 2021. Doc. 30. Objections were due by no later than February 25, 2021.[1] The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 30) are adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand (Doc. 21) is **GRANTED.**

                                                                                               SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Add 3 days to the deadline if service is by mailing it to the person's last known address (or means described in Fed. R. Civ. P. 5(b)(2)(D) and (F)); if service is by electronic means, no additional days are added.  Fed. R. Civ. P. 6(d); Fed. R. Crim. P. 45(c).